PD-0230-15

PD-0230-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/18/2015 3:59:54 PM
Accepted 3/19/2015 9:53:29 AM
ABEL ACOSTA
CLERK

# MICHEAL B. MURRAY

**DISTRICT ATTORNEY**
**35TH JUDICIAL DISTRICT OF TEXAS**
**BROWN AND MILLS COUNTIES**

**200 S. BROADWAY, COURTHOUSE**
**BROWNWOOD, TEXAS 76801**
**(325) 646-0444    FAX: (325) 643-4053**



**CHRIS BROWN**
**FIRST ASSISTANT DISTRICT ATTORNEY**

**ELISHA BIRD**
**ASSISTANT DISTRICT ATTORNEY**

**J. CHRISTINA NELSON**
**ASSISTANT DISTRICT ATTORNEY**

March 18, 2015

FILED IN
COURT OF CRIMINAL APPEALS

March 19, 2015

ABEL ACOSTA, CLERK

The Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re:     Robert Thornburgh, PD-0230-15

To the Honorable Court of Criminal Appeals:

The State has received Robert Thornburgh Jr.'s Petition for Discretionary Review. In lieu of filing a formal response, the State would simply ask this Court to refuse to review this case because Petitioner has failed to provide an appropriate reason for review under Rule 66.3 of the Texas Rules of Appellate Procedure. As this Court is aware, refusal of a petition for discretionary review does not constitute endorsement or adoption of the reasoning employed by the court of appeals. *Aguilar v. State*, 830 S.W.2d 612, 613 (Tex. Crim. App. 1992) (en banc).

Should this Court choose to grant review, the State requests notice and time to respond to the merits of the claims presented by Petitioner.

Sincerely yours,

/S/ Elisha Bird
Elisha Bird
Assistant District Attorney

cc:     Erika Copeland, Attorney for Petitioner, ecopeland63@yahoo.com